**BERNSTEIN CHERNEY LLP**
ATTORNEYS AT LAW
955 Park Avenue, Fifth Floor West
New York, N.Y. 10028

Hartley T. Bernstein
Phone: (212) 381-9684
Fax: (646) 304-9535
hbernstein@bernsteincherney.com

**MEMO ENDORSED**

April 13, 2023

Hon. Jessica G.L. Clarke, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

                Re: Content IQ LLC v. Earth.com, 1:22-cv-07891-PAE

Dear Judge Clarke:

    In accordance with the Court's Orders, I am writing to advise Your Honor that the United States Bankruptcy Court for the State of Colorado has now dismissed the Chapter 11 petition for bankruptcy protection filed by Defendant Earth.com. A copy of the Court's Minute Order dismissing the bankruptcy proceeding is provided herewith.

    Accordingly, Plaintiff submits that the Stay of the within proceeding should be lifted.

Respectfully,

*Hartley Bernstein*

Hartley T. Bernstein

In light of the fact that Defendant's bankruptcy proceeding has concluded, this case is no longer stayed. Accordingly, the Clerk of Court is directed to lift the stay from this matter. The parties are directed to comply with the Court's Order at ECF No. 26 by **December 22, 2023**.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: December 18, 2023
       New York, New York