UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONTENT IQ, LLC, | |
|        Plaintiff, | |
| -against- | 22-CV-7891 (JGLC) |
| EARTH.COM, INC., | **ORDER** |
|        Defendant. | |

JESSICA G. L. CLARKE, United States District Judge:

  On January 8, 2024, the Court granted attorney Jason Mischel's motion to withdraw as counsel for Defendant Earth.com, Inc. *See* ECF No. 36. The stay of this action, to allow Defendant to find new counsel, expired on March 22, 2024. *See* ECF No. 45. The deadline passed and new counsel has not appeared on behalf of Defendant. A corporate entity, however, may appear in federal court only through counsel. *See Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir.1983) ("[I]t is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed *pro se*.").

  Accordingly, IT IS HEREBY ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **April 19, 2024**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: April 4, 2024
     New York, New York

                   SO ORDERED.

                   */s/ Jessica Clarke*
                   JESSICA G. L. CLARKE
                   United States District Judge