UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONTENT IQ, LLC,

                Plaintiff,

      -against-

EARTH.COM, INC.,

                Defendant.

22-CV-7891 (JGLC)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

      On April 16, 2024, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 48. Plaintiff did not, however, file a request for a Clerk's Certificate of Default as required by Local Civil Rule 55.1. Nor did Plaintiff append a Clerk's Certificate of Default to its application for a default judgment. *See* Local Civil Rule 55.2(b). Because Plaintiff's motion for a default judgment does not comply with the Local Rules of this Court, the Court denies the motion without prejudice. Plaintiff is directed to re-file its motion for default judgment by no later than **June 12, 2024**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 48 and unstay this case.

Dated: May 31, 2024
       New York, New York

                                          SO ORDERED.

                                          *Jessica Clarke*

                                          JESSICA G. L. CLARKE
                                          United States District Judge