UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONTENT IQ, LLC,

               Plaintiff,

-against-

EARTH.COM, INC.,

               Defendant.

22-CV-7891 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On June 14, 2024, Plaintiff filed a motion for a default judgment under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). *See* ECF No. 58.

On June 26, 2024, the Court issued an Order to Show Cause ordering Defendant to respond in writing no later than July 12, 2024 as to why an order should not be issued granting a default judgment against Defendant. ECF No. 62. The Court warned that if Defendant failed to respond by that date, judgment may be entered against it. *Id*. Defendant failed to file anything by that deadline.

Accordingly, a default judgment should be entered against the Defendants.

The Court refers the case to Magistrate Judge Netburn for an inquest to determine the judgment to be entered.

The Clerk of Court is directed to terminate ECF No. 58.

      SO ORDERED.

Dated: November 7, 2024
       New York, New York

                                              JESSICA G. L. CLARKE
                                              United States District Judge