```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CONTENT IQ, LLC,

                             Plaintiff,

            -against-

EARTH.COM, INC.,

                            Defendant.

------------------------------------------------------------X

22-CV-7891 (JGLC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On November 14, 2024, the Court issued a scheduling order for a damages inquest. ECF No. 68. Plaintiff was ordered to file Proposed Findings of Fact and Conclusions of Law within 30 days. Id. Plaintiff filed Proposed Findings of Fact and Conclusions, as well as a Certificate of Service. ECF Nos. 69, 70. Defendant was due to respond to each Finding of Fact and Conclusion of Law asserted by Plaintiff within 30 days of service. ECF No. 23. That deadline was January 13, 2025. Defendant has not filed anything. Accordingly, the matter is deemed fully briefed and unopposed.

**SO ORDERED.**

                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:     January 15, 2025
               New York, New York