**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CONTENT IQ, LLC,

                Plaintiff,                      22 **CIVIL** 7891 (JGLC)(SN)

      -against-                          **JUDGMENT**

EARTH.COM, INC.,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 17, 2025, the Court adopts the Report & Recommendation in its entirety. Default judgment is entered against Defendant Earth.com, Inc., awarding Plaintiff (1) $373,455.84 in damages, (2) nine percent per annum in pre-judgment interest on the damages from April 15, 2022 to the entry of the judgment in the amount of $120,907.61, (3) post-judgment interest in an amount consistent with 28 U.S.C. § 1961, and (4) $402.00 in filing fee costs; accordingly, the case is closed.

**Dated:** New York, New York
          November 18, 2025

                                                              **TAMMI M. HELLWIG**

                                                                 **Clerk of Court**

                                   **BY:**

                                                                  **Deputy Clerk**